

1 | Steven R. Tekosky (State Bar No. 102918)
David B. Sadwick (State Bar No. 126268)
2 | TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
3 | Los Angeles, CA 90071
Telephone:    (213) 225-7171
4 | Facsimile:    (213) 225-7151

5 | Attorneys for Defendant
NICOLETTI OIL INC.

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | LARRY BONDS, GAYLE BONDS, JESUS )   Case No.  CV-F-07-1600 OWW/DLB
AGUILAR, JOE ANDERSON, ROSE )
11 | ANDERSON, JIM BALLANGER, JEANIE )
BALLANGER, CHARLES BATES, )   **ORDER RE MEMORANDUM**
12 | LORETTA BATES, PEDRO BERMUDEZ )   **DECISION DENYING PLAINTIFFS'**
HORTENCIA BERMUDEZ, LINDA )   **MOTION TO REMAND (Doc. 18) AND**
13 | BUTLER, GLORIA CARDENAS, )   **DENYING IN PART AND GRANTING**
THOMAS M. CLIMER, DAVID )   **IN PART DEFENDANT'S MOTION**
14 | DARNELL, FELIX ESQUIVEL, DELIA )   **TO DISMISS AND TO STRIKE (Docs.**
ESQUIVEL, PABLO MARTINEZ, )   **11 & 14)**
15 | EZEQUIVEL ORTEGA, JOE ORTEGA, )
HOPE ORTEGA, BOBBY PARSONS, )
16 | JEFF SULLIVAN, )

17 | Plaintiffs, )
)   Action Filed: · September 14, 2007
18 | v. )

19 | NICOLETTI OIL INC., Does 1 to 100, )

20 | Defendants. )

21

22

23 | On November 16, 2007, Plaintiffs filed a motion to remand this case to the

24 | California Superior Court for the County of Merced (Doc. 18).  On November 7, 2007,

25 | Defendant filed motions to dismiss the Amended Complaint under Federal Rule of Civil

26 | Procedure 12(b)(6) and to strike under Federal Rule of Civil Procedure 12(b)(1) (Doc. 11 &

27 | 14).  Having held a hearing on the parties' motion on January 14, 2008 and having

28 | reviewed the pleadings and other submissions, the Court rules as follows:

Tatro Tekosky
Sadwick LLP
ATTORNEYS AT LAW

1

Pursuant to the Court's January 28, 2008 Memorandum Decision Denying Plaintiffs' Motion To Remand (Doc. 18) And Denying In Part And Granting In Part Defendant's Motion To Dismiss And To Strike (Docs. 11 & 14):

1.    Plaintiffs' motion to remand is DENIED.

2.    Defendant's motions to dismiss and to strike are DENIED in part and GRANTED in part, as follows:

      a.    Defendant's motion to dismiss the First, Second and Third Causes of Action  is DENIED.

      b.    The Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Causes of Action are DISMISSED pursuant to the statute of limitations and the failure adequately to plead the necessary elements of the discovery rule exception to that bar.  LEAVE TO AMEND granted to plead regarding those issues.  ;

      c.    The Fourth Cause of Action is DISMISSED for failure to state a claim upon which relief can be granted.  LEAVE TO AMEND granted;

      d.    Defendant's motion to dismiss the Fifth and Sixth Causes of Action for failure to adequately allege the elements of these causes of action is DENIED;

      e.    The Seventh and Eight Causes of Action are DISMISSED for failure to state a claim upon which relief can be granted.  LEAVE TO AMEND granted;

      f.    Defendant's motion to dismiss the Ninth Cause of Action for failure to sufficiently allege elements of this cause of action is DENIED.

3.    Defendant's motion to strike is granted with respect to the entirety of the "Statutory Background and Definitions" section of the Amended Complaint at paragraphs 8-18 and also as to paragraphs 19-21of the Amended Complaint pertaining to Comprehensive Environemental Response, Compensation and Liability Act ("CERCLA") § 309 preemption and the CERCLA statute of limitation.

Tatro Tekosky
Sadwick LLP
ATTORNEYS AT LAW

2

ORDER RE MEMORANDUM DECISION DENYING PLAINTIFFS' MOTION TO REMAND (Doc. 18) AND DENYING
IN PART AND GRANTING IN PART DEFENDANT'S MOTION TO DISMISS AND TO STRIKE (Docs. 11 & 14)

1      4.     Plaintiff shall file a Second Amended Complaint within 20 days after the

2   filing of this order.

3

4   IT IS SO ORDERED.

5   Dated: February 19, 2008

6                                                            _____
                                                             United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Tetra Tekosky
Sadwick LLP
ATTORNEYS AT LAW

                                               3

ORDER RE MEMORANDUM DECISION DENYING PLAINTIFFS' MOTION TO REMAND (Doc. 18) AND DENYING
IN PART AND GRANTING IN PART DEFENDANT'S MOTION TO DISMISS AND TO STRIKE (Docs. 11 & 14)