Eric W. Chaudron, SBN 177576
## CANELO, WILSON, WALLACE & PADRON
PROFESSIONAL CORPORATION
P. O. BOX 2165, 548 WEST 21ST STREET
MERCED, CA 95344-0165
TELEPHONE: (209) 383-0720
FACSIMILE: (209) 383-4213

ATTORNEYS FOR: PLAINTIFFS, Larry Bonds, Gayle Bonds, et. al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Bonds, Gayle Bonds, Jesus Aguilar, Joe Anderson, Rose Anderson, Jim Ballinger, Jeannie Ballinger, Charles Bates, Loretta Bates, Pedro Bermudez, Hortencia Bermudez, Linda Butler, Gloria Cardenas, Thomas M. Climer, David Darnell, Felix Esquivel, Delia Esquivel, Pablo Matinez, Ezequivel Ortega, Joe Ortega, Hope Ortega, Bobby Parsons & Jeff Sullivan<br><br>         Plaintiff,<br><br>vs.<br><br>Nicoletti Oil Inc. and Does 1-100,<br><br>         Defendants. | CASE NO.: 1: 07-CV-01600-OWW-DLB<br><br>STIPULATION RESCHEDULING MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON |

  COMES NOW plaintiffs, Larry Bonds, et al. (hereinafter "Bonds") and defendants, Nicoletti Oil, Inc., (hereinafter "Nicoletti") and their counsel of record, Steven Tekosky and stipulate and agree as follows:

  1. On January 31, 2009, plaintiffs' counsel, Eric W. Chaudron, had to attend to a family emergency in Reno, Nevada. His mother underwent surgery. Counsel was absent for the better part of that week to attend to his mother's health needs;

Canelo, Wilson,
Wallace & Padron
548 W. 21st Street
P.O. Box 2165
Merced, CA 95344
(209)383-0720

**1**

**STIPULATION - Case No. 1: 07-CV-01600-OWW-DLB**

2.      Plaintiffs' counsel, James McGlammery, suffered a death in his family on February 1, 2009;

3.      These family emergencies prevented plaintiffs' counsel from preparing for the mandated Rule 26(f) conference between counsel for Nicoletti and Bonds.  The parties to this stipulation agree and do hereby stipulate that the emergencies have prevented plaintiffs' counsel from adequately preparing for the Rule 26 conference as well as the Rule 16(f)(2) joint report due to the Court 14 days before the Rule 26(f) conference;

4.      The parties to this stipulation agree and do hereby stipulate that the Mandatory Scheduling Conference be postponed until March 27, 2009.  Moreover, the parties agree that the pre meeting counsel conference should be completed no later than March 6, 2009, and that the joint report be due no later than March 13, 2009.

DATED: February___, 2009            CANELO, WILSON, WALLACE & PADRON
                                     Professional Corporation

                                     _____
                                     Eric W. Chaudron, Attorney for Plaintiffs


DATED: February___, 2009            TATRO TEKOSKY SADWICK LLP

                                     _____
                                     Steven Tekosky, Attorney for Defendant

IT IS SO ORDERED.

**Dated:   February 11, 2009**              **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

Canelo, Wilson,
Wallace & Padron
548 W. 21st Street
P.O. Box 2165
Merced, CA 95344
(209)383-0720

2

**STIPULATION - Case No. 1: 07-CV-01600-OWW-DLB**