Steven R. Tekosky (State Bar No. 102918)
David B. Sadwick (State Bar No. 126268)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone: (213) 225-7171
Facsimile: (213) 225-7151

Attorneys for Defendant
NICOLETTI OIL INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BONDS, GAYLE BONDS, JESUS AGUILAR, JOE ANDERSON, ROSE ANDERSON, JIM BALLANGER, JEANIE BALLANGER, CHARLES BATES, LORETTA BATES, PEDRO BERMUDEZ HORTENCIA BERMUDEZ, LINDA BUTLER, GLORIA CARDENAS, THOMAS M. CLIMER, DAVID DARNELL, FELIX ESQUIVEL, DELIA ESQUIVEL, PABLO MARTINEZ, EZEQUIVEL ORTEGA, JOE ORTEGA, HOPE ORTEGA, BOBBY PARSONS, JEFF SULLIVAN, <br><br>     Plaintiffs, <br><br> v. <br><br> NICOLETTI OIL INC., Does 1 to 100, <br><br>     Defendants. | Case No. 1:07-cv-01600-OWW-DLB <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR FACT DISCOVERY** <br><br><br> Action Filed: September 14, 2007 |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Court's Scheduling Conference Order, dated March 27, 2009 set the discovery cut-off for non-expert discovery on liability issues at March 31, 2010; and

WHEREAS, the former lead trial counsel for Plaintiffs recently terminated his relationship as counsel for Plaintiffs, and new lead counsel requires additional time to fully become familiar with the facts and issues prior to the close of fact discovery on liability issues; and

WHEREAS, the parties have indicated a desire further to discuss settlement, prior to expending additional resources on discovery; and

WHEREAS, the parties believe extending the fact discovery cut-off on liability issues by four months, and extending other deadlines accordingly, will promote the interests of justice;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the Scheduling Conference Order shall be modified as follows:

The cut-off for fact discovery on liability issues, previously set for March 31, 2010, shall be extended to July 31, 2010;

The deadline for disclosure of all expert witnesses, previously set to be made no later than April 30, 2010, shall be extended to August 30, 2010;

The completion date for all expert discovery, previously set for August 30, 2010, shall be extended to January 31, 2011;

The deadline for filing any and all non-dispositive pre-trial motions, including discovery motions, which previously was set for September 15, 2010 shall be extended to February 15, 2011, and any hearing on such motions previously set for October 15, 2010 shall be set for March 15, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: January 28, 2010 | CANELO, WILSON, WALLACE & PADRON |
| | By: __/s Keneth Mackie_____<br>Keneth Mackie<br>Attorneys for Plaintiffs<br>Larry Bonds, et al. |
| DATED: January 28, 2010 | TATRO TEKOSKY SADWICK LLP |
| | By: __/s Steven R. Tekosky_____<br>Steven R. Tekosky<br>Attorneys for Defendant<br>NICOLETTI OIL INC. |

**IT IS SO ORDERED:**

Dated: January 29, 2010    /s/ OLIVER W. WANGER
United States Senior District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com