Steven R. Tekosky (State Bar No. 102918)
David B. Sadwick (State Bar No. 126268)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA  90071
Telephone:    (213) 225-7171
Facsimile:     (213) 225-7151

Attorneys for Defendant
NICOLETTI OIL INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BONDS, et al., | Case No. 1:07-CV-01600-0WW-DLB |
| Plaintiffs, | |
| v. | **STIPULATION AND  ORDER REGARDING DATES FOR DISCOVERY** |
| NICOLETTI OIL INC., Does 1 to 100, | |
| Defendants. | |
| | Action Filed:   September 14, 2007 |

WHEREAS, the Court's Scheduling Conference Order, as modified by the Court's January 29, 2010 Order, set the deadline for disclosure of all expert witness as being no later than August 30, 2010; and

WHEREAS, the parties, having met and conferred, believe extending the deadline for disclosure of expert witnesses, will promote the interests of justice;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the Scheduling Conference Order shall be modified as follows:

The deadline for disclosure of expert witnesses and exchange of expert reports, previously set to be made no later than August 30, 2010, shall be September 30, 2010;

The deadline to designate any experts to be called solely for puposes of rebuttal shall be no later than October 29, 2010; and

The deadline to exchange any reports to be used solely for purposes of rebuttal shall be no later than November 30, 2010.

DATED:  August 26, 2010				LAW OFFICES OF JAMES MCGLAMERY

						By: /s/ *James McGlamery*
							James McGlamery
							Attorneys for Plaintiffs
							Larry Bonds, et al.

DATED:  August 26, 2010				TATRO TEKOSKY SADWICK LLP

						By: /s/ *Steven R. Tekosky*
							Steven R. Tekosky
							Attorneys for Defendant
							NICOLETTI OIL INC.

IT IS SO ORDERED.

   Dated:   **August 27, 2010**			      **/s/ Oliver W. Wanger**
						UNITED STATES DISTRICT JUDGE