Steven R. Tekosky (State Bar No. 102918)
David B. Sadwick (State Bar No. 126268)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA  90071
Telephone:   (213) 225-7171
Facsimile:    (213) 225-7151

Attorneys for Defendant
NICOLETTI OIL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BONDS, GAYLE BONDS, JESUS AGUILAR, JOE ANDERSON, ROSE ANDERSON, JIM BALLANGER, JEANIE BALLANGER, CHARLES BATES, LORETTA BATES, PEDRO BERMUDEZ HORTENCIA BERMUDEZ, LINDA BUTLER, GLORIA CARDENAS, THOMAS M. CLIMER, DAVID DARNELL, FELIX ESQUIVEL, DELIA ESQUIVEL, PABLO MARTINEZ, EZEQUIVEL ORTEGA, JOE ORTEGA, HOPE ORTEGA, BOBBY PARSONS, JEFF SULLIVAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NICOLETTI OIL, INC., Does 1 to 100,<br><br>　　　　　　　　　Defendants. | Case No.  07-cv-01600-OWW-DLB<br><br>**ORDER GRANTING DEFENDANT NICOLETTI OIL, INC.'S DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>Date:　　　　June 27, 2011<br>Time:　　　　10:00 a.m.<br>Courtroom:　3<br>Judge:　　　Hon. Oliver W. Wanger |

Tatro Tekosky
Sadwick LLP
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com

The Court having considered the Notice of Settlement filed May 25, 2011 and the Application for Determination of Good Faith Settlement submitted on behalf of Defendant Nicoletti Oil, Inc. ("Nicoletti"), the Memorandum of Points and Authorities and the Declaration of David B. Sadwick in support of the Application, and such other matters as this Court considers pertinent, and finding that no opposition has been received as required by Code of Civil Procedure section 877.6 after a hearing, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. That the settlement between Nicoletti and Plaintiffs has been made in good faith; and

2. That all present and future claims against Nicoletti by any person relating to this action or the subject matter of this action, including without limitation claims and actions for contribution and equitable indemnification, are dismissed, discharged and shall be forever barred.

IT IS SO ORDERED.

DATED: June 27, 2011

/s/ OLIVER W. WANGER
United States District Judge

Tatro Tekosky
Sadwick LLP
ATTORNEYS AT LAW

1

PDF created with pdfFactory trial version www.pdffactory.com